**Electronically Filed
Supreme Court
SCPW-21-0000028
04-FEB-2021
11:47 AM
Dkt. 9 ORD**

SCPW-21-0000028

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

JOHN COLLEN, Plaintiff,

vs.

DIRECTOR OF THE DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAI'I;
SCOTT HARRINGTON; GARY KAPLAN; and NETTIE SIMMONS, Defendants.

ORIGINAL PROCEEDING

ORDER DISMISSING FIRST AMENDED COMPLAINT AND SUMMARY JUDGMENT
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of plaintiff John Collen's "First Amended Complaint and Summary Judg[]ment," filed on February 1, 2021 ("First Amended Complaint"), and the record,

IT IS HEREBY ORDERED that the First Amended Complaint is dismissed.

DATED: Honolulu, Hawai'i, February 4, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

